William S. O'Hare (#082562)
wohare@swlaw.com
Elizabeth M. Weldon (#223452)
eweldon@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Plaintiffs
The Prudential Insurance Company
of America and Prudential Real Estate
Affiliates, Inc.

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SECURITY PACIFIC MORTGAGE CORPORATION, a California corporation, dba Prudential Properties of Big Bear; MICHAEL P. DOLAN, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. SACV10-01068 DOC (MLGx)<br>Hon. David O. Carter, Ctrm. 9D<br><br>**Final Judgment for Permanent Injunction**<br><br><br>Complaint Filed: July 14, 2010 |

    In the above entitled action, Plaintiffs The Prudential Insurance Company of America ("Prudential") and Prudential Real Estate Affiliates, Inc. ("PREA") (Prudential and PREA, together, "Plaintiffs") and Defendants Security Pacific Mortgage Corporation, a California corporation, formerly doing business as Prudential Properties of Big Bear ("Security Pacific"), and Michael P. Dolan ("Dolan") (Security Pacific and Dolan, together, "Defendants") having stipulated in the Stipulation re Final Judgment for Permanent Injunction to entry of a judgment

for permanent injunction and to execute such other documents and perform such other actions as are necessary to cause the court to enter judgment in accordance with the Stipulation re Final Judgment for Permanent Injunction, and good cause appearing,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that the following final judgment is entered:

1. Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, shall not directly or indirectly use and shall immediately cease using "Prudential Properties of Big Bear," or any other designation, in whole or in part, that is confusingly similar to the term PRUDENTIAL, THE ROCK, ROCK SOLID, PRU, PRUDENTIAL FINANCIAL or any phonetic equivalent thereof or the Rock Logo set forth on Exhibit A;

2. Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, shall not hold themselves or their business out to the public or others as being sponsored by, approved by, affiliated with, authorized by, or connected with Plaintiffs nor refer to themselves by reference to any name that includes the word "Prudential" or, except as required by law, describe themselves as formerly known by any such name or formerly affiliated with Plaintiffs;

3. Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, shall assign any domain names using Plaintiffs' name or marks ("the domain names") to Prudential, not use or conduct their business under any domain name that includes the word "Prudential," and cancel all advertisements or other references to Defendants' business, in which the domain names or similar designations have appeared or are scheduled to appear;

4. Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, have used their best efforts to direct all service providers, advertisers, and publishers of directories or lists in which any business or

domain name used by Defendants that includes a designation, in whole or in part, that is confusingly similar to the term PRUDENTIAL, THE ROCK, ROCK SOLID, PRU, PRUDENTIAL FINANCIAL or any phonetic equivalent thereof, to delete all references to such names from their public databases, internet web sites, internet listings, search engine directories, telephone or professional directories, directory assistance, and from all current and future directories in which such names appear, or are to appear, and to delete all forwarding or "cache memory" or storage mechanisms referencing such names, and shall perform such additional acts, if any, that are necessary to ensure that the above acts have been carried out;

5.   Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, have canceled all advertisements or other references to Defendants' business, in which any designation, in whole or in part, that is confusingly similar to the term PRUDENTIAL, THE ROCK, ROCK SOLID, PRU, PRUDENTIAL FINANCIAL or any phonetic equivalent thereof or the Rock Logo set forth on Exhibit A, have appeared or are scheduled to appear, and shall perform such additional acts, if any, that are necessary to ensure that the above acts have been carried out;

6.   Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, have canceled all registrations, licenses, fictitious business name statements, trademark registration, and filings with the State of California, the Secretary of State of California, all municipal entities, and with any other jurisdiction which have been issued to, for, or which includes the name of "Prudential Properties of Big Bear," and shall perform such additional acts, if any, that are necessary to ensure that all such cancellations are effective;

7.   Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, shall not use any signage, including but not limited to storefront signage and billboards, bearing the name "Prudential," or any other designation, in whole or in part, that is confusingly similar to the term

1  PRUDENTIAL, THE ROCK, ROCK SOLID, PRU, PRUDENTIAL FINANCIAL or any phonetic equivalent thereof or the Rock Logo set forth on Exhibit A;

8.  Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, have delivered to Plaintiffs' counsel in this matter all existing printed material in their possession, including, but not limited to, business cards, stationery, envelopes, labels, signs, prints, packages, advertisements, forms, contracts, promotional items and any other materials in their possession, custody or control that referred to the name, mark, or internet address "Prudential," otherwise identify the services of Defendants under the name "Prudential," and any and all proofs, plates, and any other means for making such materials, and to the extend defendants discover any such materials in the future, they shall deliver them to Plaintiffs;

9.  Defendants, as well as their employees, agents, or others acting on their behalf, or at their direction, shall not place any further orders for any printed materials, advertisements, telephone listings, or other materials using the names "Prudential," or any other designation, in whole or in part, that is confusingly similar to the term PRUDENTIAL, THE ROCK, ROCK SOLID, PRU, PRUDENTIAL FINANCIAL or any phonetic equivalent thereof or the Rock Logo set forth on Exhibit A;

10.  Each party shall bear his or its own respective attorneys' fees and costs.

Dated: October 28, 2010

_____
Honorable David O. Carter
United States District Judge

Submitted By:

Dated:  September __, 2010        SNELL & WILMER L.L.P.

By: _____
William S. O'Hare
Elizabeth M. Weldon
Attorneys for Plaintiffs
The Prudential Insurance Company of America and Prudential Real Estate Affiliates, Inc.

Approved By:

Dated:  September __, 2010        LAW OFFICES OF ANNE ZIMMERMAN, P.C.

By: _____
Anne Zimmerman
Attorneys for Defendant
Security Pacific Mortgage Corporation, a California corporation, formerly doing business as Prudential Properties of Big Bear

11935234.1

Final Judgment for Permanent Injunction
Case No. SACV10-01068 DOC (MLGx)

- 5 -

EXHIBIT A

